```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
               -against-                     :
                                             :
    ADAM MARRERO and RICARDO CRUZ,           :          1:24-cr-306-GHW
                                             :
                         Defendants.         :          ORDER
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/14/2024

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled for September 13, 2024 at 10:00 a.m. is rescheduled. The conference will take place on September 13, 2024 at 10:45 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 14, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge