UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
                                  :

UNITED STATES OF AMERICA,        :

                                  :

            -v-               :           1:24-cr-306-GHW

                                  :

ADAM MARRERO,               :           <u>ORDER</u>

                                  :

                    Defendant.  :

                                  :

--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the defendant, ADAM MARRERO, by and through his attorney, ARIEL C. WERNER, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, REMY K. GROSBARD, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference in this case is continued from September 13, 2024 to October 17, 2024 at 11:00 a.m.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through October 17, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

      SO ORDERED.

Dated:  September 11, 2024
New York, New York

                                           _____
                                              GREGORY H. WOODS
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2024