```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
-------------------------------------X    ELECTRONICALLY FILED
UNITED STATES OF AMERICA,            :    DOC #: _____
                                     :    DATE FILED: 10/16/2024
            -against-                :
                                     :
ADAM MARRERO,                        :    1:24-cr-306-GHW-1
                                     :
                  Defendant(s).      :    ORDER
-------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

The hearing currently scheduled for October 17, 2024 at 11:00 a.m. is rescheduled. The hearing will take place on October 17, 2024 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: October 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge