```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  10/18/2024              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                      :

        - v. -                                             :       **CONSENT ORDER OF**
                                                         **RESTITUTION**

ADAM MARRERO,                                     :

                      Defendant.        :       S1 24 Cr. 306 (GHW)

                                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Assistant United States Attorney Remy Grosbard, of counsel; the presentence report; the Defendant's conviction on Count One of the above-referenced Indictment; and all other proceedings in this case, and upon the consent of ADAM MARRERO (the "Defendant"), by and through his counsel, Ariel Werner, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

        **1. Amount of Restitution.** ADAM MARRERO, the Defendant, shall pay restitution in the total amount of $40.00 in United States currency to the victim of the offense charged in Count Two of the Indictment. The name, address, and specific amount owed to the victim is set forth in the sealed Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

        **2. Joint and Several Liability.** Restitution shall be joint and several with co-defendant Ricardo Cruz ("Cruz"), indicted under *United States v. Marrero*, 24 Cr. 306 (GHW). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the

full amount of restitution ordered herein, or the victim has been paid the total amount of his loss from all the restitution paid by the Defendant and Cruz.

    **3.    Schedule of Payments.**   Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:   The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(l) upon entry of this judgment.

    **4.    Payment Instructions.** The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.   The Defendant shall write his name and the docket number of this case on each check or money order.

    **5.    Term of Liability.**   The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

2

6.    **Sealing.** Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

*[Intentionally blank]*

Dated: New York, New York
       October 3, 2024


       AGREED AND CONSENTED TO:

       DAMIAN WILLIAMS
       United States Attorney for the
       Southern District of New York

       By: _____          10/17/2024
       Remy Grosbard                          DATE
       One Saint Andrew's Plaza
       New York, NY 10007
       Tel.: (212) 637–2446


       ADAM MARRERO

       By: _____          10/17/24
       Adam Marrero                           DATE


       By: _____          10/17/24
       Ariel Werner, Esq.                     DATE
       52 Duane Street, 10th Floor
       New York, NY 10007
       Tel: (212) 417-8770



       SO ORDERED:

       _____              October 18, 2024
       HONORABLE GREGORY H. WOODS             DATE
       UNITED STATES DISTRICT JUDGE