| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

**MEMORANDUM ENDORSED**    December 20, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2024

<u>By ECF</u>

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Adam Marrero*, 24 Cr. 306 (GHW)

Dear Judge Woods:

I write on behalf of Adam Marrero, without objection from the Government, to respectfully request an adjournment of Mr. Marrero's sentencing hearing from January 15, 2025, to February 10, 2025, when I understand the Court and all parties will be available. The adjournment I request will allow time for the completion of a psychological evaluation with information pertinent to Mr. Marrero's sentencing.

For the same reason, after conferring with the Probation department, I respectfully request an adjournment of the deadline for the final Presentence Report disclosure from January 8, 2025, to January 22, 2025. This adjournment will allow Probation to incorporate information from the psychological evaluation into its final disclosure and recommendations.

Thank you for your consideration of this request.

Application granted. The sentencing scheduled to take place on January 15, 2025 is adjourned to February 10, 2025 at 2:00 p.m. The defendant's sentencing submissions are due no later than January 27, 2025. The Government's sentencing submissions are due no later than February 8, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 44.
SO ORDERED.
Dated: December 20, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

cc:   AUSA Remy Grosbard
U.S. Probation Officer Megan Henriquez