# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**    January 22, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025

**By ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　Re:　*United States v. Adam Marrero*, 24 Cr. 306 (GHW)

Dear Judge Woods:

　　I write on behalf of Adam Marrero, without objection from the Government, to respectfully request an adjournment of Mr. Marrero's sentencing hearing from February 10, 2025, to the week of March 10, 2025, or a date thereafter convenient to the Court. This is my second request for an adjournment of Mr. Marrero's sentencing, having requested one prior adjournment to enable the completion of a psychological evaluation with information pertinent to Mr. Marrero's sentencing. Additional time is required for that evaluation and report to be finalized and for my office to complete our mitigation investigation and gather letters of support from Mr. Marrero's family.

　　As noted, the Government does not object to this request. Thank you for considering it.

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

Application granted. The sentencing hearing previously scheduled for February 10, 2025 at 2:00 p.m. is adjourned to March 10, 2025 at 11:00 a.m. The defendant's sentencing submissions are due no later than February 24, 2025; the Government's sentencing submissions are due no later than March 3, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.
SO ORDERED.
Dated: January 23, 2025

_____
GREGORY H. WOODS
United States District Judge